26131. MURRAY, Executor v. LOWNDES COUNTY BOARD OF TAX ASSESSORS.

SUBMITTED OCTOBER 13, 1970—DECIDED NOVEMBER 5, 1970.

*Tillman, Brice, McTier & Coleman, B. Lamar Tillman,* for appellant.

*H. Arthur McLane,* for appellee.

NICHOLS, Justice. The trial court did not err in denying the taxpayer's motion for summary judgment. The decision of this court in *Register v. Langdale,* 226 Ga. 82, supra, held that the original tax assessments were void but such decision related only to an interlocutory injunction and was not a final disposition of the case. Whether the evidence was the same on a final hearing, or whether a final hearing was in fact held, is not shown by the record in the case sub judice. Nor does the record disclose if all property was re-evaluated after such de-

cision, or whether personal property only was properly assessed and real property reassessed at the same value previously assessed except those parcels where a lower value had been fixed by arbitration. Nor does the record in this case disclose if the Staten property consisted solely of real or personal property or a combination of both. Each of the above factors could affect the final result to be reached in the present case.

*Judgment affirmed. All the Justices concur.*